# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:  91-cr-00188-LTB-04 |
| ANTHONY WALTER SMITH | ) USM No:  97346-012 |
| Date of Previous Judgment:  July 24, 2008 | ) Raymond P. Moore, FPD |
| *(Use Date of Last Amended Judgment if Applicable)* | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

        Upon motion of   **X** the defendant   ❒  the Director of the Bureau of Prisons   ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
        **X** DENIED.    ❒  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 43 | Amended Offense Level: | 43 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | Life | Amended Guideline Range: | Life |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❒ The reduced sentence is within the amended guideline range.

❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❒ Other *(explain)*:

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  February 19, 1993,   shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:        February 9, 2012 | s/Lewis T. Babcock |
| | *Judge's signature* |
| Effective Date: _____ | Lewis T. Babcock, Senior United States District Judge |
| *(if different from order date)* | *Printed name and title* |