**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No.   91-cr-00188-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4.   ANTHONY SMITH,

      Defendant.

_____

**ORDER**
_____


Upon Defendant/Petitioner's Petition for Clarification and Reconsideration of Denial

Order Concerning 18 U.S.C. § 3582(c)(2) Petition (Doc 296) and Government's Response

(Doc 311), and review of the file, it is

ORDERED that the Petition for Clarification and Reconsideration is DENIED.



                  BY THE COURT:


                    s/Lewis T. Babcock_____
                  Lewis T. Babcock, Judge

Dated:   April 26, 2012