IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00771-LTB
(Criminal Action No. 91-cr-00188-LTB-4)

UNITED STATES OF AMERICA,

v.

ANTHONY WALTER SMITH,

    Movant.
_____

**JUDGMENT**
_____

    Pursuant to and in accordance with the Order entered by the Honorable Lewis T. Babcock, Senior Judge, on March 29, 2013, the following Judgment is hereby entered:

    It is ORDERED that Mr. Smith's "Successive 28 U.S.C. § 2255 Motion Challenging the Sentence and Conviction Pursuant to a Right Initially Recognized By the Supreme Court" (Docket # 348), filed on March 25, 2013, is DENIED. It is

    FURTHER ORDERED that under 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED.

    The corresponding civil action is dismissed with prejudice.

    Dated at Denver, Colorado this   30th   day of March, 2013.

                                          FOR THE COURT:

                                          JEFFREY P. COLWELL, CLERK

                                          By: s/ Edward P. Butler
                                                Edward P. Butler, Deputy Clerk